**Yousry George SALAMA,**
**Plaintiff–Appellant**

v.

**WESTERN WIND ENERGY CORP.,**
**Western Solargenics, Inc.,**
**Defendants–Appellees.**

No. 13–20768.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2014.

Mark Gaston Lazarz, Daryl John Sinkule, Shellist Lazarz Slobin, L.L.P., Houston, TX, for Plaintiff–Appellant.

Samuel Eugene Stubbs, Esq., Rodney Jack Reynolds, Esq., Pillsbury Winthrop Shaw Pittman, L.L.P., James Robert Wetwiska, Akin Gump Strauss Hauer & Feld, L.L.P., Houston, TX, for Defendants–Appellees.

Before JOLLY and COSTA, Circuit Judges, and ROSENTHAL, District Judge.*

PER CURIAM: **

The district court's opinion granting summary judgment sets out the facts and the applicable law in this breach-of-contract case. *See Salama v. Western Wind Energy Corp.,* No. 4:12–cv–03535, 2013 WL 6079548 (S.D.Tex. Nov. 19, 2013). We have studied the briefs, heard argument, and reviewed the record. We affirm for

* District Judge of the Southern District of Texas, sitting by designation.
** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

essentially the reasons set out in the district court's careful and thorough opinion.

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.